Smith *v.* The Savannah, Fla. & Western Railway Co.      86 195
                                                         115 594

Error is not assignable on the reasons of the judge for granting a
    new trial. This case is within the general rule subjecting a first
    new trial to the discretion of the trial court, there being no abuse
    of that discretion.

November 21, 1890.

New trial. Practice. Before Judge Harden. City
court of Savannah. February term, 1890.

Garrard & Meldrim, for plaintiff.

Chisholm, Erwin & duBignon, for defendant.

Bleckley, Chief Justice.

This is the first grant of a new trial. The motion contains several grounds, some of them special and some general. The judgment granting a new trial rests upon the whole motion, not being put by the order upon any particular ground. The opinion of the court discusses the reasons of the presiding judge for deciding as he did. But these reasons, whether illogical or not, are no part of the judgment, and consequently are not open to attack by assigning them as error. The only reviewable action of the court in deciding the motion is the judgment which the court rendered. *Central R. R.* v. *Smith,* 74 *Ga.* 112. It is manifest that the mind of the judge was dissatisfied with the verdict upon the merits of the case, the real substance of the controversy. He declared that it seemed strongly his duty to grant a new trial. This being so, and his court being still in possession and control of all points involved in the case, including the reasons of the judge for granting the motion, which reasons he can reconsider if the plaintiff below should obtain another verdict on the same evidence, we see nothing to take this case out of the general rule that the first grant of a new trial will not be interfered with. If errors were committed on the former trial, the presumption is that they will be corrected, not repeated, on the next. And if no errors were committed then, the trial judge certainly needs no aid from us for his guidance in conducting the new trial. We think there has been no abuse of discretion.    *Judgment affirmed.*